■ RUTH BENOV et al., Respondents, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Appellant.— Judgment in favor of plaintiffs, entered November 16, 1965, reversed on the law, on the facts and in the exercise of

discretion, the verdict vacated and a new trial granted, with costs and disbursements to defendant-appellant, unless plaintiff Ruth Benov and plaintiff Paul Benov stipulate to accept, in lieu of the award by verdict, respectively, $20,000 and $2,500, in which event the judgment is modified to that extent and as so modified, affirmed, with costs and disbursements to defendant-appellant. In this action to recover for personal injuries it is evident that the jury verdict is grossly excessive and is not warranted by the record. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Steuer and Witmer, JJ.